# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:06-CV-0401-RLH-VPC |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| A. ENDEL, *et al*., | ) | |
| | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#103, filed October 4, 2007), entered by the Honorable Valerie P. Cooke, regarding Defendant's Motion for Summary Judgment (#59). Two objections (#101, 102) were filed to Magistrate Judge Cooke's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Defendants Endel, Harkreader, Scott and Thompson have filed an Opposition (#103) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

////

1

1  IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#103 is AFFIRMED and ADOPTED: Defendant's Motion for Summary Judgment is granted
3 and denied as recommended.

   Dated:   October 23, 2007.

   _____
   **ROGER L. HUNT**
   **Chief U.S. District Judge**