AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FELTON MATTHEWS, JR.,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:06-cv-401-RLH(VPC)**

A. ENDEL, et al.,

      Defendants.
_____/

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Report and Recommendations (#209) and (#210) having been adopted and affirmed by Order filed and entered on January 5, 2009 (#218) granting Defendant's Motion for Summary Judgment (#169) and denying Plaintiff's Motion for Preliminary Injunction that judgment be and hereby is entered.

  January 7, 2009                                                                    **LANCE S. WILSON, CLERK**

                                                                        /S/ DANIEL MORGAN
                                                                            Deputy Clerk